12071. HALL COUNTY *v.* HULSEY, executor *et al.*

BROYLES, C. J. 1. The motion to dismiss the writ of error is denied.

2. This being the first grant of a new trial, and the evidence, including the alleged newly discovered evidence, not demanding the verdict returned, this court will not interfere.

3. The defendant brought the case here, complaining of the first grant of a new trial, and also assigning error upon exceptions pendente lite to interlocutory rulings, including exceptions to the allowance of amendments to the plaintiff's petition and to the overruling of general and special demurrers to the petition. The judgment granting a new trial being affirmed, the case is still pending in the lower court, and this court cannot now consider and determine the questions made by the pendente-lite exceptions. *Armour* v. *Burkhalter*, 130 *Ga.* 370 (60 S. E. 850), and citations.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

Action for damages; from city court of Hall county — Judge Wheeler. November 27, 1920.

The motion to dismiss the writ of error was on the grounds, that no brief of the evidence was specified therein or sent up as a part of the record; that the questions raised by the assignment of error upon the exceptions pendente lite could not be considered and determined in this case; and that the bill of exceptions did not set forth or specify the judgments overruling the demurrers, upon which error was assigned. The brief of the evidence was sent up after the filing of the motion to dismiss.

*H. H. Perry*, for plaintiff in error.

*Hammond Johnson*, contra.